EXHIBIT B PROJECTIONS

## Piedra Mala, LLC
Projected Disposable Income

| | | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| **Total Projected Disposable Income over 5 Years:** | **$ 442,688** | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| Projected Revenues | | $ 1,372,585 | $ 1,393,939 | $ 1,442,727 | $ 1,493,222 | $ 1,545,485 |
| COGS | | 359,897 | 443,375 | 479,195 | 521,600 | 588,843 |
| Gross Margin | | $ 1,012,688 | $ 950,564 | $ 963,532 | $ 971,623 | $ 956,643 |
| | | | | | | |
| SG&A Expenses | | 482,431 | 558,336 | 578,606 | 599,790 | 617,463 |
| | | | | | | |
| Total Expenses | | $ 482,431 | $ 558,336 | $ 578,606 | $ 599,790 | $ 617,463 |
| | | | | | | |
| Net Income | | $ 530,257 | $ 392,228 | $ 384,925 | $ 371,833 | $ 339,180 |
| | | | | | | |
| Capital Expenditures | | $ - | $ - | $ - | $ 75,000 | $ 75,000 |
| Chapter V Administration Expenses | | $ 88,615 | | | | |
| Secured Debt Service | | $ 234,694 | $ 311,870 | $ 301,656 | $ 165,291 | $ 122,820 |
| UnSecured Debt Service | | 0 | 50,197 | 50,197 | 50,197 | 50,197 |
| Projected Disposable Income | | $ 206,948 | $ 30,161 | $ 33,072 | $ 81,344 | $ 91,163 |

COGS

Materials are approximately 35% of sales based on industry standard and prior years actual rates.
Labor costs for additional contractors are required due to higher levels of workload. Only required for certain months.

SG&A Expenses include estimated federal income tax payments in profitable years.
Chapter V Administration costs include professional fees associated with the bankruptcy and Trustee fees.
Secured debt payments are from the Scheduled payments at time of Plan filing including arrearages.