IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Piedra Mala Contracting, LLC** | § | |
| | § | Case No. 23-51662 |
| **Debtor** | § | SubChapter V |

INTERIM APPLICATION FOR
COMPENSATION OF FINANCIAL ADVISOR, PAUL RANDLES, CPA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now Comes, Paul Randles, CPA ("Financial Advisor"), and respectfully requests this Court to award it compensation in the amount of $37,703.68.

## I.     BACKGROUND

1.1     Date of Filing Petition.  On December 1, 2023, Debtor, Piedra Mala Contracting, LLC (the "Debtor"), filed with this Court its petition for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code.

1.2     Date of Order Approving Employment.  Debtor retained Accountant on an hourly basis pursuant to the Order of the Court authorizing employment of Financial Advisor dated January 24, 2024.

1.3     Terms and Conditions of Employment.  Financial Advisor is required to file an application for compensation.

1.4     Persons Performing Services and Hourly Rate(s). Financial Advisor and his staff performed financial reporting services in accordance with his engagement letter filed with the Court. The same rates are charged for Financial Advisor's non-bankruptcy clients for similar services and is based, in part, on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

1.5     Interim or Final.  This application is an interim fee application.

1.6     Review by Client.  The Debtor has approved the fees of Financial Advisor. Debtor is serving notice of filing of this application upon all parties in interest concurrent with its filing.

1.7     Less Than 120 Days.  This application is filed more than 120 days after the order for relief or after a prior fee application.

1.8     Time Period.  The time period of the services and expenses covered by this application are from December 1, 2023, through April 18, 2024, for Financial Advisor.

## II.     FACTS

2.1     This Application seeks approval of all fees and expenses for tax return preparation services and rendered and out-of-pocket expenses incurred on behalf of the Debtor during the period commencing on or about December 1, 2023, through and including April 18, 2024. The Financial Advisor has not received prior compensation in this case for fees and expenses.

2.2     This application seeks:

   a. Approval of those fees in the amount of $37,703.68; and

      Approval of an Order directing the Debtor to pay fees heretofore requested in the total amount of $37,703.68, which shall be paid from Debtor's Debtor in Possessions account; and

  b. Attached hereto and incorporated herein by reference for all purposes as Exhibit "A," is the description setting forth the nature and extent of services rendered on behalf of Debtor during the period December 1, 2023, through and including April 18, 2024, for which approval is herein sought for the first time. Exhibit "A" sets forth the statement of charges.

### III. GENERAL STANDARDS FOR COMPENSATION: § 330

3.1 11 U.S.C. § 330(a)(1) directs the award to a debtor's accountant(s) of:

  a. "Reasonable compensation for actual, necessary services rendered ... ; and

  b. Reimbursement for actual, necessary expenses."

The Financial Advisor believes all services rendered were necessary and have produced a benefit to the estate. At all times, every reasonable effort was made to avoid duplication of effort and expense on the part of the Financial Advisor for Debtor. Accordingly, the Financial Advisor believes he has delivered high-quality accounting services at an efficient and economical rate for the estate.

### IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully request that this Court authorize and allow this Application in the total sum of $37,703.68 as allowance for accounting services rendered for Debtor, said allowance based solely on a time basis for the Financial Advisor involved in the representation of Debtor commencing on or about December 1, 2023, through and including April 18, 2024, or as otherwise shown on the exhibit attached hereto, and that the compensation so requested be awarded as an <u>Allowance</u> on the basis of all factors set forth in *First Colonial Corp.*, *Supra,* and other applicable authorities and rules; that the Debtor be

directed to disburse to Financial Advisor, the total sum of $37,703.68, within fourteen (14) days of the signing of the order.

Dated: April 25, 2024

                            Respectfully Submitted,

                            THE SMEBERG LAW FIRM, PLLC.

                            By:   */s/ Ronald J. Smeberg*
                            RONALD J. SMEBERG
                            State Bar No. 24033967
                            4 Imperial Oaks
                            San Antonio, Texas 78248
                            (210) 695-6684, Telephone
                            (210) 598-7357, Facsimile
                            ron@smeberg.com
                            ATTORNEY FOR DEBTOR

## PGR Business Advisors, LLC

**PAUL RANDLES**
PO Box 396
Kendalia, TX 78027
Work 210-709-4015

# INVOICE

Piedra Mala LLC
301 North Austin St
Seguin, TX 78155                                                                                       19-Apr-24
Business Operation CH V Matter
Regarding: Billing for services rendered on -

| Date | Time | Hours | Description | |
|---|---|---|---|---|
| 12/1/2023 | 100-310 | 1.17 | Discuss cash collateral statement and changes requested. Make adjustments to Cash Collateral as | 233.33 |
| | 245-500 | 2.25 | requested by client.      Review client loan documents. | 450.00 |
| | | | Meeting with BL & Accountant to go over cash collateral, loans, Eq to keep and filing status with RS. | - |
| 12/2/2023 | 1030-200 | 3.50 | Prepare summarized list of kept equipment for council.      Update cash collateral. | 700.00 |
| 12/4/2023 | 800-1030 | 2.50 | Discuss changes with counsel and client. Redo Cash collateral for changes. | 500.00 |
| 12/5/2023 | 1100-130 | 2.50 | Meet with BL and update budget and discuss accounting review and adjustments needed. | 500.00 |
| 12/13/2023 | 100-400 | 3.00 | Review email of items needed for attorney. Review vendor list. Go over opening balance for 2024 and what | 600.00 |
| | | | is needed to reconcile accounts and balances.  Go over attorney requests and deadlines. Go over budget. | - |
| 12/14/2023 | 415-545 | 1.50 | Prepare items for list from DA with Smeberg for AC due today. | 300.00 |
| | 615-645 | 0.50 | Conference call with council and BL. | 100.00 |
| 12/15/2023 | 900-915 | 0.25 | Match QBs notes to lender statement for JE. | 50.00 |
| | 130-700 | 5.50 | Review and prepare with BL court documents for filing.  Review with council. | 1,100.00 |
| 12/18/2023 | 1115-1150 | 0.58 |  Review IDC form and discuss with BL, DA and RS. | 116.67 |
| 12/19/2023 | 235-250 | 0.25 | Communicate with BL and Ever Bank on current status and Volvo Asset. | 50.00 |
| 12/26/2023 | 115-400 | 2.75 | Start reconciliatin of BOSA Operating account for 2023. | 550.00 |
| 12/27/2023 | 100-245 | 1.75 | Meet with councel for final cash collateral, filing for court for PGR and update budget. | 350.00 |
| | | | Start reconciliatin of BOSA Operating account for 2023. | - |
| 12/28/2023 | 800-830 | 0.50 | Call with BL on insurance, accounting, MM bill and operational expenses.  Contact Insurance broker for GL. | 100.00 |
| | 1030-1230 | 2.00 |  Start insurance discovery form. Start reconciliatin of BOSA & Citizens accounts and record JE for 2023. | 400.00 |
| 12/29/2023 | 1200-500 | 5.00 | Meet with accountant and BL for bookkeeping updates, processes, entries and reconciliation. | 1,000.00 |
| 1/2/2024 | 1130-1200 | 0.50 | Review progress on financial catch up through 12/01 and December financials. | 100.00 |
| 1/3/2024 | 100-215 | 1.25 | Prepare adjusted payments per RS and 5 year plan. | 250.00 |
| 1/4/2024 | 1245-345 | 3 | Review progress on entries in to QBs.  Prepare updated cash collateral and five year plan. | 600.00 |
| 1/6/2024 | 945-1115 | 1.50 | Review QB entries for December. | 300.00 |
| 1/8/2024 | 1045-1215 | 1.50 | Update 5 year projection for updated December entries. | 300.00 |
| | 100-530 | 4.50 | Meet with RS and conference call with Trustee & creditors. Update 90 day and 5 year. | 900.00 |
| 1/9/2024 | 100-145 | 0.75 | Update 5 year plan from 90 forcast budget including amortization of equipment with final payment. | 150.00 |
| | 430-615 | 1.75 | Revise Exhibit B and 90 day forcast with RS. Review IRS letters. | 350.00 |
| 1/10/2024 | 930-1030 | 1.00 | Hearing at court. | 200.00 |
| | 400-515 | 1.25 | Update 5 YR plan. | 250.00 |
| 1/11/2024 | 100-115 | 0.25 | Fill in IRS form.  Miscellaneous responses for payments, communications with IRS, etc. | 50.00 |
| 1/12/2024 | 1000-1130 | 1.50 | Reach out to E. Scherer for lawsuit issue.  Review email from AC and   respond. Review January entries. | 300.00 |
| | | | Compile current bills since filing. | |
| 1/14/2024 | 1200-230 | 2.50 | Reconcile bank accounts for 12/01 beginning balances. | 500.00 |
| 1/16/2024 | 315-430 | 1.25 | Prepare form required by IRS by the 16th.  Review QBs for PEO company name for the form. | 250.00 |
| | 430-800 | 3.50 | Prepare MOR for December including reconciling 12/01 balances to actual. | 700.00 |
| 1/17/2024 | 1230-130 | 1.00 | Phone call with E Sherer on legal matters.  Phone call with ML on insurance status, Phone call with BL on | 200.00 |
| | 415-545 | 1.50 | accounting/Sage and legal matters. | 300.00 |
| 1/18/2024 | 845-1230 | 4.50 | Prepare MOR . Communicate on insurance for resolution. Conference call with auto insurance agent. | 900.00 |
| | 100-145 | | Prepare pending job list for opposing counsel. | |
| 1/19/2023 | 345-615 | 2.50 | Meet with BL to go over bank/dozer situation, accounting and staff, and GL insurance obtainment. | 500.00 |
| 1/22/2024 | 800-900 | 1.00 | Review payroll entries. Prepare 941 for Q4 2023. | 200.00 |
| 1/23/2024 | 130-430 | 3.00 | Meet with client.  Review accounting needs, insurance and general needs including weekly entries and | 600.00 |
| | | | updates in QBs.  Review Sage conversion. List out deadlines and entries for court. | |
| 1/24/2024 | 130-230 | 1.00 | Prepare Court ordered Status Update Report. | 200.00 |
| 1/26/2024 | 1000-1115 | 1.50 | Discuss with client and coucel the status report.  Communicate to accounting a priority list of needs. | 300.00 |
| | | | Review accounting concerns. | |
| 1/27/2024 | 1015-1215 | 2.00 | Review and communicate changes to January entries. Respond to priorities responses email. | 400.00 |
| 1/31/2024 | 700-740 | 0.67 | Discuss status report with RS. Review payroll tax entries for December. | 133.33 |
| 2/2/2024 | 500-530 | 0.50 | Communicate with councel and creditor on excavator contract and Romco lease. | 100.00 |
| 2/5/2024 | 1145-300 | 3.25 | Review insurance documents in Drop Box. Review entries 2022-2023 for reclass and possible follow up . | 650.00 |
| | 330-345 | 0.25 | Correspond with Vovlo counsel and PM counsel concerning insurance and inspection. | 50.00 |
| 2/6/2024 | 1200-1245 | 0.75 | Reconcile bank entries to books 01-03/23 | 150.00 |
| 2/8/2024 | 1130-1200 | 0.50 | Review equipment keep or sell list. | 100.00 |
| 2/12/2024 | 550-700 | 1.17 | Review January financials and reconcile. Research bill accrual and payment for payroll. Adjust. | 233.33 |
| 2/13/2024 | 1115-230 | 3.25 | Review January financials and reconcile. Research bill accrual and payment for payroll. Adjust. | 650.00 |
| 2/14/2024 | 315-445 | 1.50 | Prepare preliminary January MOR. | 300.00 |
| 2/15/2024 | 140-315 | 1.58 | Meet with BL and discuss plan, equipment to keep, what is needed to complete the MOR and other | 316.67 |
| | 615-700 | 0.75 | matters. Reconcile bank & QBs per AC explanation.  Follow up on Volvo Everbank with BL. | 150.00 |
| 2/16/2024 | 800-820 | 0.33 | Discuss insurance needs and Everbank with counsel.  Discuss with AC Volvo payments vs Everbank and | 66.67 |
| | 220-350 | 1.5 | insurance additional insured needs to retrieve today. Prepare January MOR. | 300.00 |
| 2/17/2024 | 950-1150 | 2 | Complete January MOR. | 400.00 |
| 2/18/2024 | 930-1215 | 2.75 | Update 5 year projection. Reconcile actual accounts payable. | 550.00 |
| 2/19/2024 | 1100-200 | 3 | Reconcile LT Creditors claims to book balance, tracing actual payments to bank. | 600.00 |
| 2/20/2024 | 330-730 | 4 | Meet with BL to go over IRS requests for documents, 5 year plan, request for RS-counsel and adjust | 800.00 |
| | | | the 5 year plan. Draft letter to RS for items needed going forward. | |
| 2/21/2024 | 800-830 | 0.5 | Submit document request to IRS and correspond with IRS representative. | 100.00 |

**PGR Business Advisors, LLC**

PAUL RANDLES
PO Box 396
Kendalia, TX 78027
Work      210-709-4015

# INVOICE

Piedra Mala LLC
301 North Austin St
Seguin, TX  78155                                                                                                                           19-Apr-24
Business Operation CH V Matter
Regarding:  Billing for services rendered on -

| Date | Time | Hours | Description | Amount |
|---|---|---|---|---|
| 2/22/2024 | 1145-1215 | 0.5 | Adjust Volvo LT Note from AP in QBs to reconciliation of Vendor balance to book balance. | 100.00 |
|  | 715-915 | 2 | Adjust 5 year plan for counsel change on arrears. | 400.00 |
| 2/26/2024 | 1245-245 | 2 | Meet with BL and review change 5 yr plan, review unsecured creditors and communicate with Everbank attorney for payments/inspection. | 400.00 |
| 2/27/2024 | 600-630 | 0.5 | Redo 5 YR plan and submit to counsel. | 100.00 |
| 2/29/2024 | 1245-130 | 0.75 | Send insurance documents and correspond with Everbank attorney.  Research proof of office in Seguin and not Bexar county.  Set up inspection for Volvo equipment with Everbank and inspector. | 150.00 |
|  | 200-630 | 4.5 | Review 5 year plan with counsel before submission. Make chnges as instructed. | 900.00 |
| 3/1/2024 | 1100-1200 | 1 | Discuss TCB inspection and pricing for equipment with BL.  Gather information and communicate to counsel on the situation with Bexar County taxes. | 200.00 |
| 3/5/2024 | 145-245 | 1 | Meet with BOSA reps for mixer inspection. | 200.00 |
| 3/7/2024 | 1000-1020 145-345 | 2.33 | Work on Texas Unemployment report due for 4th Q 2023. Update 2023 for any adjustments to prepare tax return. | 466.67 |
| 3/9/2024 | 1045-300 | 4.25 | Update 2023 for any adjustments to prepare tax return for CPA. Reconcile creditor claims to books and adjust accordingly. | 850.00 |
| 3/12/2024 | 650-750 | 1 | Review financials for February MOR preparation. | 200.00 |
| 3/14/2024 | 640-800 | 1.33 | Update Romco payment as discussed with opposing council. | 266.67 |
| 3/15/2024 | 500-600 | 1 | Discuss ROMCO claim with client and councel via email.  Update adjustments for tax return. | 200.00 |
|  | 600-840 | 2.67 | Review completed financials and prepare February MOR. | 533.33 |
| 3/16/2024 | 330-515 | 1.75 | Reconcile Equipment account. | 350.00 |
| 3/18/2024 | 200-600 | 4.00 | Meet with BL to go over accounts for questions to determine what is to be adjusted or write off.  Discuss and try to reconcile ROMCO situation on balance. And other matters, IE; equity entries etc. | 800.00 |
| 3/19/2024 | 745-930 | 1.75 | Reconcile Romco agreement with emails and statements to claim made by vendor. Update 5 YR Plan. | 350.00 |
|  | 1100-400 | 5.00 | Adjust books for erroneous entries and not entered. | 1,000.00 |
| 3/20/2024 | 1245-515 | 4.50 | Adjust March budget for Heldenfels payments and MOR for February. Phone call with potential equipment buyer.  Adjust books for erroneous entries and not entered. | 900.00 |
| 3/22/2024 | 1215-245 | 2.50 | Communicate with ROMCO personel for term of lease and review rental agreement and calculate amount owed.  Advise client and counsel. | 500.00 |
| 3/25/2024 | 1030-1200 | 1.50 | Meet with Counsel and go over ROMCO and work on creditor reconciliation. | 300.00 |
| 3/26/2024 | 100-230 | 1.5 | Adjust books for erroneous entries and not entered. | 300.00 |
| 3/27/2024 | 1150-1220 | 1.00 | Discuss ROMCO documents and further clarification with AC.  Request meeting. | 200.00 |
|  | 300-330 |  | Review new ROMCO documents from AC. Calculate buyout offer. |  |
| 3/28/2024 | 1020-240 | 4.33 | Adjust books for erroneous entries and not entered. Reconcile SBA loan and Equipment Fixed Asset. | 866.67 |
|  | 945-1145 | 2 | Continue to Reconcile Equipment account. | 400.00 |
| 4/1/2024 | 830-900 | 0.50 | Correspond with counsel on Romco situation. | 100.00 |
| 4/2/2024 | 230-345 | 1.25 | Meet with BL to discuss ROMCO situation and deal. | 250.00 |
|  | 555-615 | 0.33 | Conference call with BC & counsel to finalize Romco. | 66.67 |
| 4/5/2024 | 230-500 | 2.5 | Reconcile equipment account and make entry.  Reconcile Unapplied Cash Bill Expense account. | 500.00 |
| 4/6/2024 | 715-745 | 0.50 | Review JDeere Financial request on interest and arrearages. Recalculate plan with adjustments and interest. | 100.00 |
|  | 200-645 | 4.75 | Read Trustee filing of plan and review creditor claims objections. Reconcile credit to claims with objections and AP. | 950.00 |
| 4/9/2024 | 1120-3 | 3.67 | Meet with BL.  Go over entries.  Meet with creditor.  Meet with Customer for future business. | 733.33 |
|  |  | -1 |  | (200.00) |
| 4/10/2024 | 345-845 | 5 | Review JDeere information on arrearages and reconcile. Prepare Actual vs Estimate P&L. | 1,000.00 |
| 4/11/2024 | 600-745 845-1200 | 5 | Recalculate JDeere amortization before arrearages rather than balance at claim date. Trace payments to bank statements. Correspond with opposing counsel. | 1,000.00 |
| 4/13/2024 | 1150-1250 | 1 | Review March Bank for entries done.  Reconcile and adjust payroll entries done incorrectly. | 200.00 |
| 4/14/2024 | 1230-145 645-900 | 3.5 | Adjust payroll tax bills to properly reflect payables. Enter transactions into QBs. | 700.00 |
| 4/15/2024 | 815-1000 | 1.75 |  Enter transactions into QBs. Reconcile March Bank Statement. | 350.00 |
| 4/16/2024 | 915-930 330-500 800-1030 | 4.25 | Conference call with BL & counsel. Go over creditor objections and offer. No call in.         Prepare summary of Romco history and updated Creditor debt with interest as of 6/16 Plan.         Prepare summary of proposed payment plan for all creditors with accrued interest through 06/24/24 and add to 5 year plan. | 850.00 |
| 4/17/2024 | 1215-130 | 1.75 | Reconcile March bank statement and enter bills.  Discuss with counsel amended payout to creditors, call | 350.00 |

**PGR Business Advisors, LLC**

**PAUL RANDLES**
PO Box 396
Kendalia, TX 78027
Work 210-709-4015

# INVOICE

Piedra Mala LLC
301 North Austin St
Seguin, TX 78155                                                                                     19-Apr-24

Business Operation CH V Matter
Regarding: Billing for services rendered on -

| Date | Time | Hours | Description | Amount |
|---|---|---|---|---|
| 4/18/2024 | 900-930 | | counsel with JDeere. Amend plan. | |
| | 830-945 | 9.25 | Discuss revisions to proposed payment plan with counsel. Redo payment plan breaking out arrearages from original contract. Update 5 year plan. | 1,850.00 |
| | 930-1030 | | | |
| | 1000-1230 | 2.5 | Prepare March MOR. | 500.00 |
| | | | | - |
| | | | One time courtesy 10% discount. | (4,178.33) |
| | | | Sub Total | 37,605.00 |
| | Expenses | | 1/10/24 mileage for Court hearing. 112 X $.67 | 75.04 |
| | | | 1/10/24 parking for Court hearing. | 23.64 |
| | | | **Total Due** | **$ 37,703.68** |

**Please Remit Payment to:**
Paul Randles
PO Box 396
Kendalia, TX   78027

**Please make checks payable to Paul Randles**

**Please pay by**                    **26-Apr-24**

Thank you!

NOTICE: PGR Business Advisors *provides advisory and consulting services. PGR Business Advisors is an independent contractor and are not officers, employees or agents of, or partners or joint venturers with, the companies they serve.*