**Fill in this information to identify the case:**

Debtor Name __Piedra Mala Contracting, LLC__

United States Bankruptcy Court for the: _____ District of _____

Case number: __23-51662__

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

| | | |
|---|---|---|
| Month: __March 2024__ | Date report filed: | __04/20/2024__ <br> MM / DD / YYYY |
| Line of business: __Construction__ | NAISC code: | _____ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:     Ben Lambrecht

Original signature of responsible party     *B. LAMBRECHT* (signature)

Printed name of responsible party     *Ben Lambrecht* (handwritten)

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Piedra Mala Contracting, LLC                                    Case number 23-51662

17.  Have you paid any bills you owed before you filed bankruptcy?                    ☐   ☑   ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 131,068.07

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 127,111.07

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 33,994.44

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 93,116.63

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 224,184.70

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

(Exhibit E)

$ 11,463.74

Debtor Name  Piedra Mala Contracting, LLC                                   Case number 23-51662

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                        $  355,156.09

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    1

27. What is the number of employees as of the date of this monthly report?       2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $  1,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $  22,500.00

30. How much have you paid this month in other professional fees?                $  0.00

31. How much have you paid in total other professional fees since filing the case?   $  615.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **—** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 125,000.00 | — | $ 127,111.07 | = | $ -2,111.07 |
| 33. **Cash disbursements** | $ 150,395.00 | — | $ 33,994.44 | = | $ 116,400.56 |
| 34. **Net cash flow** | $ -20,395.00 | — | $ 93,116.63 | = | $ 113,511.63 |

35. Total projected cash receipts for the next month:                            $ 250,000.00

36. Total projected cash disbursements for the next month:                     - $ 194,582.00

37. Total projected net cash flow for the next month:                          = $ 55,418.00

Debtor Name  Piedra Mala Contracting, LLC      Case number 23-51662

| ███ | **8. Additional Information** |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**#243 Experimental**
**Profit & Loss**
January 2018 through October 2019

6:28 PM
11/24/19
Cash Basis

| | | | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Estimated | Estimated | Estimated | Estimated | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repairs Growth Rate | | 0% | | | | | | | | | | | | | | |
| Maintenance Growth Rate (March) | | 0% | | | | | | | | | | | | | | |
| Retail Growth Rate | | 0% | | | | | | | | | | | | | | |
| Remodel | | 0% | | | | | | | | | | | | | | |
| Beginning Bank Balances, Net | | | 24,293.75 | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | | |
| | | | Jan-25 | Feb-25 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | TOTAL | |
| **Income** | | | | | | | | | | | | | | | | |
| | Repairs Parts/Equip | | 20,000.00 | 20,000.00 | 25,000.00 | 30,000.00 | 35,000.00 | 45,000.00 | 50,000.00 | 45,000.00 | 25,000.00 | 20,000.00 | 18,000.00 | 15,000.00 | 348,000.00 | 44.85% |
| | Repairs Labor | | 10,000.00 | 10,000.00 | 15,000.00 | 20,000.00 | 20,000.00 | 30,000.00 | 35,000.00 | 30,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 10,000.00 | 225,000.00 | 28.99% |
| | Builder | | 10,000.00 | 13,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 25,000.00 | 25,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 5,000.00 | 203,000.00 | 26.16% |
| | | Total Repairs | 40,000.00 | 43,000.00 | 60,000.00 | 70,000.00 | 75,000.00 | 95,000.00 | 110,000.00 | 100,000.00 | 55,000.00 | 50,000.00 | 48,000.00 | 30,000.00 | 776,000.00 | 100.00%  38.64% |
| | Maintenance | | 30,000.00 | 30,000.00 | 19,000.00 | 20,000.00 | 23,000.00 | 25,000.00 | 28,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 325,000.00 | 89.19% |
| | Maintenance addons | | 800.00 | 2,000.00 | 4,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 4,000.00 | 2,000.00 | 1,000.00 | 800.00 | 800.00 | 39,400.00 | 10.81% |
| | | Maintenance Total | 30,800.00 | 32,000.00 | 23,000.00 | 26,000.00 | 29,000.00 | 31,000.00 | 34,000.00 | 34,000.00 | 32,000.00 | 31,000.00 | 30,800.00 | 30,800.00 | 364,400.00 | 100.00%  18.14% |
| | Store | | 16,000.00 | 20,000.00 | 40,000.00 | 50,000.00 | 60,000.00 | 70,000.00 | 70,000.00 | 65,000.00 | 55,000.00 | 30,000.00 | 20,000.00 | 15,000.00 | 511,000.00 | 140.23% |
| | equipment | | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 40,000.00 | 10.98% |
| | | Store totals | 16,000.00 | 20,000.00 | 40,000.00 | 55,000.00 | 65,000.00 | 75,000.00 | 80,000.00 | 70,000.00 | 60,000.00 | 35,000.00 | 20,000.00 | 15,000.00 | 551,000.00 | 151.21%  27.43% |
| | Remodel | | 0.00 | 0.00 | 17,000.00 | 25,000.00 | 30,000.00 | 30,000.00 | 40,000.00 | 40,000.00 | 45,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 317,000.00 | 100.00% |
| | Change orders | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00% |
| | | Remodel Total | 0.00 | 0.00 | 17,000.00 | 25,000.00 | 30,000.00 | 30,000.00 | 40,000.00 | 40,000.00 | 45,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 317,000.00 | 100.00%  15.78% |
| | Total Income | | 86,800.00 | 95,000.00 | 140,000.00 | 176,000.00 | 199,000.00 | 231,000.00 | 264,000.00 | 244,000.00 | 192,000.00 | 146,000.00 | 128,800.00 | 105,800.00 | 2,008,400.00 | 100.00% |
| | | COGS Remodel | 0.00 | 0.00 | 10,000.00 | 15,000.00 | 18,000.00 | 18,000.00 | 22,000.00 | 22,000.00 | 25,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | | |
| | | COGS Maintenance | 2,000.00 | 2,000.00 | 2,000.00 | 4,000.00 | 6,000.00 | 6,000.00 | 8,000.00 | 8,000.00 | 7,000.00 | 4,000.00 | 2,000.00 | 2,000.00 | | |
| | | COGS Store | 10,000.00 | 14,000.00 | 25,000.00 | 35,000.00 | 40,000.00 | 45,000.00 | 45,000.00 | 42,000.00 | 30,000.00 | 16,000.00 | 10,000.00 | 9,000.00 | | |
| | | COGS Builder | 2,000.00 | 2,500.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | 5,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 1,000.00 | | |
| | | COGS Repairs | 14,000.00 | 14,000.00 | 17,500.00 | 21,000.00 | 24,500.00 | 31,500.00 | 35,000.00 | 31,500.00 | 17,500.00 | 14,000.00 | 12,600.00 | 10,500.00 | | |
| | Cost of Goods Sold | | 28,000.00 | 32,500.00 | 58,500.00 | 79,000.00 | 92,500.00 | 105,500.00 | 115,000.00 | 108,500.00 | 82,500.00 | 55,000.00 | 45,600.00 | 40,500.00 | 843,100.00 | |
| **Expense** | Gross Profit | | 58,800.00 | 62,500.00 | 81,500.00 | 97,000.00 | 106,500.00 | 125,500.00 | 149,000.00 | 135,500.00 | 109,500.00 | 91,000.00 | 83,200.00 | 65,300.00 | 1,165,300.00 | |

 **FirstCitizensBank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
686

03687
**PIEDRA MALA CONTRACTING LLC**
**DEBTOR IN POSSESSION**
**301 N AUSTIN ST STE 402**
**SEGUIN TX 78155-5506**

| **Your Account(s) At A Glance** | |
|---|---|
| **Checking** | |
| **Balance** | 242,135.30+ |

---

| Statement Period: March 1 , 2024    Thru March 31, 2024 | Account Number : ███████5796 |
|---|---|

 **Business Banking I**
Account Number : ██████5796                                   Enclosures In Statement:  0

| Beginning Balance | 151,745.94+ | Statement Period Days | 31 |
|---|---|---|---|
| 1  Deposits | 125,000.00+ | Average Ledger Balance | 155,778.00+ |
| 2  Other Credits | 2,111.07+ | | |
| 18  Checks | 14,105.29- | | |
| 61  Other Debits | 22,616.42- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | **242,135.30+** | | |

## Deposits To Your Account

| Date | Amount |
|---|---|
| 03-26 | 125,000.00 |

## Other Credits To Your Account

| Date | Description | Amount |
|---|---|---|
| 03-14 | Mobile Check Deposit | 608.72 |
| 03-14 | Mobile Check Deposit | 1,502.35 |
| | Total | 2,111.07 |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 123 | 03-14 | 826.50 | 203 | 03-13 | 2,000.00 | 209* | 03-14 | 40.64 |
| 125* | 03-14 | 1,600.00 | 204 | 03-12 | 219.00 | 211* | 03-18 | 826.50 |
| 198* | 03-05 | 61.00 | 205 | 03-14 | 1,250.00 | 212 | 03-26 | 321.20 |
| 200* | 03-04 | 1,653.00 | 206 | 03-14 | 490.00 | 213 | 03-20 | 30.45 |
| 201 | 03-19 | 1,260.00 | 207 | 03-13 | 204.00 | 215* | 03-25 | 826.50 |
| 202 | 03-18 | 170.00 | 208 | 03-19 | 1,500.00 | 218* | 03-29 | 826.50 |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 03-01 | POS Sig 02/29 Visa #9644 Brightlocal Ltd Brighton Gb | 63.96 |
| 03-01 | FDR Debit Card Visa Debit Foreign Transaction Fee Brightlocal L Gb | 1.28 |
| 03-01 | Transfer  Internet        03-01  Seq # 72575     ████3796 | 3,200.00 |
| 03-01 | Wow Real Estate ACH Debit ******3351 | 900.00 |

 Direct Customer Inquiry Calls To
Personal 1-888-323-4732
Business 1-866-322-4249

Statement Period: March 1 , 2024    Thru March 31, 2024                          Account Number :      009165206796

# Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 03-01 | Sb Fleet Payment Achcollect ***5084 | 1,098.03 |
| 03-04 | POS Sig 03/02 Visa #9644 Prime Video *rz83X4Ln1 888-802-3080 Wa | 4.10 |
| 03-04 | POS Sig 03/01 Visa #9644 Txtag 888 468 9824 888-468-9824 Tx | 50.00 |
| 03-04 | Purchase     Visa #9644     03-02 ATM 150002    Seq # 68365 | 50.83 |
|  | Tractor Supply    840 Loop 337    New Braunfel Tx | |
| 03-04 | POS Sig 03/01 Visa #9644 Txtag 888 468 9824 888-468-9824 Tx | 184.87 |
| 03-04 | POS Sig 03/01 Visa #9644 Amzn Mktp Us*rz4Rv54T1 Seattle Wa | 254.77 |
| 03-06 | POS Sig 03/05 Visa #9644 Apple.Com/Bill 866-712-7753 Ca | 21.64 |
| 03-06 | POS Sig 03/05 Visa #9644 1916 Bar & Bistro At T Seguin Tx | 74.00 |
| 03-06 | POS Sig 03/05 Visa #9644 Hp *instant Ink 855-785-2777 Ca | 81.17 |
| 03-06 | POS Sig 03/05 Visa #9644 Sp The Magic Brand Httpstrymagic Ca | 538.64 |
| 03-07 | POS Sig 03/05 Visa #9644 Refuel 326 Seguin Tx | 92.75 |
| 03-07 | POS Sig 03/06 Visa #9644 Sundance Print Centers 830-629-1111 Tx | 163.34 |
| 03-08 | POS Sig 03/08 Visa #9644 Prime Video Channels amzn.com/bill Wa | 7.46 |
| 03-08 | POS Sig 03/07 Visa #9644 Blake Bertling Equipme 830-3722610 Tx | 1,792.83 |
| 03-11 | POS Sig 03/07 Visa #9644 Pic N Pac #03 Seguin Tx | 17.39 |
| 03-11 | POS Sig 03/09 Visa #9644 Rma Toll 833-762-8655 Ca | 22.38 |
| 03-11 | POS Sig 03/10 Visa #9644 Apple.Com/Bill 866-712-7753 Ca | 34.62 |
| 03-11 | POS Sig 03/07 Visa #9644 Pic N Pac #03 Seguin Tx | 143.13 |
| 03-11 | POS Sig 03/08 Visa #9644 Texas Twc Ui Taxes Egov.Com Tx | 423.30 |
| 03-11 | POS Sig 03/08 Visa #9644 Northern Tool Burnsville Mn | 721.37 |
| 03-11 | Sb Fleet Payment Achcollect ***5528 | 1,137.97 |
| 03-12 | POS Sig 03/10 Visa #9644 Pic N Pac #07 Seguin Tx | 89.00 |
| 03-12 | POS Sig 03/11 Visa #9644 Tekton Hand Tools Httpswww.Tekt Mi | 1,015.20 |
| 03-12 | State Auto - Inb Oneinc2 #*****1354 | 1,084.00 |
| 03-13 | POS Sig 03/12 Visa #9644 Dropbox*nxtcqdmfbfhp Dropbox.Com Ca | 57.56 |
| 03-14 | POS Sig 03/14 Visa #9644 Amzn Mktp Us*r69Xf4Vf2 Amzn.com/bill Wa | 95.70 |
| 03-15 | POS Sig 03/15 Visa #9644 Amzn Mktp Us*m0528Yn1 Amzn.com/bill Wa | 30.30 |
| 03-15 | POS Sig 03/14 Visa #9644 Amzn Mktp Us*r65Qg1Hb2 Amzn.com/bill Wa | 348.30 |
| 03-18 | POS Sig 03/16 Visa #9644 Pic N Pac #03 Seguin Tx | 30.44 |
| 03-18 | Purchase     Visa #9644     03-15 ATM 300003    Seq # 92300 | 240.67 |
|  | Walmart.com    702 SW 8th St    Bentonville  Ar | |
| 03-18 | POS Sig 03/16 Visa #9644 Blake Bertling Equipme 830-3722610 Tx | 1,512.75 |
| 03-19 | POS Sig 03/18 Visa #9644 Amzn Mktp Us*rh7I796Q0 Amzn.com/bill Wa | 28.09 |
| 03-19 | POS Sig 03/19 Visa #9644 Amzn Mktp Us*r68Jt6M91 Amzn.com/bill Wa | 56.18 |
| 03-19 | POS Sig 03/18 Visa #9644 Amzn Mktp Us*rh7A94Nn2 Amzn.com/bill Wa | 165.60 |
| 03-19 | POS Sig 03/18 Visa #9644 Amzn Mktp Us*r64B43G91 Amzn.com/bill Wa | 324.74 |
| 03-19 | Transfer   Internet     03-18  Seq # 96565        3796 | 1,600.00 |
| 03-19 | Intuit * Qbooks Onl ***3457 | 213.20 |
| 03-20 | Spectrum Spectrum ***6939 | 135.45 |
| 03-21 | POS Sig 03/20 Visa #9644 Apple.Com/Bill 866-712-7753 Ca | 2.15 |
| 03-21 | POS Sig 03/19 Visa #9644 Circle K #2741096 Converse Tx | 89.00 |
| 03-21 | POS Sig 03/20 Visa #9644 Amzn Mktp Us*r64K46Km1 Amzn.com/bill Wa | 94.17 |
| 03-25 | Purchase     Visa #9644     03-23 ATM 001    Seq # 16419 | 2.99 |
|  | Apple Com     One Apple Park W Aycupertino  Ca | |
| 03-25 | POS Sig 03/22 Visa #9644 USPS.Com Clicknship 800-344-7779 Dc | 15.98 |
| 03-25 | POS Sig 03/22 Visa #9644 USPS.Com Clicknship 800-344-7779 Dc | 15.98 |
| 03-25 | POS Sig 03/22 Visa #9644 USPS.Com Clicknship 800-344-7779 Dc | 15.98 |
| 03-25 | POS Sig 03/22 Visa #9644 Shell Oil 12834017001 San Marcos Tx | 54.10 |
| 03-25 | POS Sig 03/23 Visa #9644 Circle K #2741569 Killeen Tx | 78.14 |
| 03-25 | POS Sig 03/22 Visa #9644 Refuel 326 Seguin Tx | 150.00 |
| 03-26 | POS Sig 03/25 Visa #9644 1Password Toronto CD | 21.30 |
| 03-26 | FDR Debit Card Visa Debit Foreign Transaction Fee 1Password CD | 0.43 |
| 03-27 | Insurance Paymen Ins Pay ****-**1688 | 854.74 |
| 03-27 | Sb Fleet Payment Achcollect ***4038 | 1,689.00 |
| 03-28 | POS Sig 03/26 Visa #9644 Circle K #2740557 Pflugerville Tx | 95.00 |
| 03-28 | POS Sig 03/27 Visa #9644 Blake Bertling Equipme 830-3722610 Tx | 254.19 |
| 03-28 | Sb Fleet Payment Achcollect ***8444 | 133.69 |
| 03-28 | Travelers Bus Insur Bpitbi*****5345 | 936.10 |
| 03-29 | Paper Statement Fee | 6.50 |
|  | **Total** | **22,616.42** |


**First Citizens Bank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

03687

PIEDRA MALA CONTRACTING LLC
DEBTOR IN POSSESSION
301 N AUSTIN ST STE 402
SEGUIN TX 78155-5506

Statement Period: March 1 , 2024     Thru March 3 , 2024                    Account Number : ████6796

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03-01 | 146,482.67+ | 03-12 | 136,544.91+ | 03-21 | 123,433.62+ |
| 03-04 | 144,285.10+ | 03-13 | 134,283.35+ | 03-25 | 122,273.95+ |
| 03-05 | 144,224.10+ | 03-14 | 132,091.58+ | 03-26 | 246,931.02+ |
| 03-06 | 143,508.65+ | 03-15 | 131,712.98+ | 03-27 | 244,387.28+ |
| 03-07 | 143,252.56+ | 03-18 | 128,932.65+ | 03-28 | 242,968.30+ |
| 03-08 | 141,452.27+ | 03-19 | 123,784.84+ | 03-29 | 242,135.30+ |
| 03-11 | 138,952.11+ | 03-20 | 123,618.94+ | | |

An updated Treasury Management Services Master Service Agreement (MSA) is now available for review. The new language can be found in section IV, Treasury Management Services, sub-sections: 1.4, ACH Services (Data Exchange Service), Definitions and 1.19, ACH Services (Data Exchange Service), Requirements as to Nested Third-Party Senders. To view the agreement, visit www.FirstCitizens.com/tms-msa.pdf. Special provisions apply for government entities. Contact your Relationship Manager to request a copy of the agreement.

**First Citizens Bank**

Statement Period: March 1 , 2024     Thru March 3 , 2024                    Account Number :     ████████6796

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | −$ |
| 5 | =$ |

**A. Deposits/Credits**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| Total Amount | |

**B. Outstanding Checks/Debits**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**How to Compute Interest Charges on Your Line of Credit.**       We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by the number of days in the year. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**       Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**       If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**       This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**       If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**       If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**       To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**       If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

# First Citizens Bank

03687

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**            If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**            When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**            The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.