**Fill in this information to identify the case:**

Debtor Name: Piedra Mala Contracting, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 23-51662

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: April 2024

Date report filed: 05/20/2024
MM / DD / YYYY

Line of business: Construction

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Ben Lambrecht

Original signature of responsible party: *[signature]*

Printed name of responsible party: *[signature]*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Piedra Mala Contracting, LLC**     Case number **23-51662**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 224,184.70

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ 125,000.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ 84,131.60

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 40,868.40

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 265,053.10

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ 17,381.74

    (Exhibit E)

Debtor Name  Piedra Mala Contracting, LLC          Case number 23-51662

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ 355,156.09

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             1
27. What is the number of employees as of the date of this monthly report?                2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 1,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 24,000.00
30. How much have you paid this month in other professional fees?                         $ 1,959.00
31. How much have you paid in total other professional fees since filing the case?        $ 2,574.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 250,000.00 | − | $ 125,000.00 | = | $ 125,000.00 |
| 33. **Cash disbursements** | $ 131,142.00 | − | $ 84,131.60 | = | $ 47,010.40 |
| 34. **Net cash flow** | $ 118,858.00 | − | $ 40,868.40 | = | $ 77,989.60 |

35. Total projected cash receipts for the next month:                                     $ 125,000.00
36. Total projected cash disbursements for the next month:                              − $ 142,476.00
37. Total projected net cash flow for the next month:                                   = $ -17,476.00

Debtor Name Piedra Mala Contracting, LLC                     Case number 23-51662

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [✓] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [✓] 39. Bank reconciliation reports for each account.

- [✓] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

**Piedra Mala Contracting, LLC**
**Case 23-51662**
**For the month ended 04/30/2024**

**Exhibit C**
**AR Collected**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 04/02/2024 | Payment | 115955 | Heldenfels Enterprises:24-100 HEI Lanes 1-4 North | | Accounts Receivable (A/R) | Undeposited Funds | -125,000.00 |

## Transaction Report
### March 2024

**EXHIBIT D**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| **PMC DIP 6796** | | | | | | | |
| Beginning Balance | | | | | | | 225,727.97 |
| 04/01/2024 | Expense | | Bill Miller Bar-B-Q Restaurant | Bill Miller B-B-Q, San Marcos, TX | PMC DIP 6796 | Meals 50% | -25.22 | 225,702.75 |
| 04/01/2024 | Expense | | BrightLocal | April subscription to track SEO and GMB rankings | PMC DIP 6796 | -Split- | -65.24 | 225,637.51 |
| 04/01/2024 | Expense | | Green Gate Garden Center LP | | PMC DIP 6796 | Small tools | -67.09 | 225,570.42 |
| 04/01/2024 | Expense | | Capitol Aggregates, Inc. | Cement | PMC DIP 6796 | Materials | -10,500.00 | 215,070.42 |
| 04/01/2024 | Bill Payment (Check) | | WOW Real Estate Investments, LLC | April Rent - Suite 402 | PMC DIP 6796 | Accounts Payable (A/P) | -900.00 | 214,170.42 |
| 04/01/2024 | Expense | | Chevron | Chevron - San Marcos, TX | PMC DIP 6796 | Auto and Truck Expense:Auto / Truck Repairs and Maintenance | -21.60 | 214,148.82 |
| 04/01/2024 | Expense | | Pic N Pac | Pic N Pac #03 Seguin, TX | PMC DIP 6796 | Auto and Truck Expense:Fuel | -88.50 | 214,060.32 |
| 04/01/2024 | Expense | | Bill Miller Bar-B-Q Restaurant | Bill Miller - San Marcos, TX | PMC DIP 6796 | Meals 50% | -24.90 | 214,035.42 |
| 04/01/2024 | Expense | 216 | Colorado Materials | | PMC DIP 6796 | Materials | -17,103.96 | 196,931.46 |
| 04/01/2024 | Expense | 217 | Colorado Materials | v | PMC DIP 6796 | Materials | -9,022.05 | 187,909.41 |
| 04/01/2024 | Expense | 221 | Benjamin Lambrecht - PR | BAL Salary - WE 03/21 ans 03/28 | PMC DIP 6796 | Payroll Expenses | -3,200.00 | 184,709.41 |
| 04/01/2024 | Expense | 214 | James B McIver Attorney at Law | | PMC DIP 6796 | Legal & Professional Services:Legal Fees | -225.00 | 184,484.41 |
| 04/02/2024 | Deposit | | Heldenfels Enterprises:24-100 HEI Lanes 1-4 North | The checks for invoices 24-100-02 and 24-100-03 were printed at HEI at the same time but were given to PMC when deposited. They were paid out of order. I have entered them as they were paid. -AMC | PMC DIP 6796 | Undeposited Funds | 125,000.00 | 309,484.41 |
| 04/03/2024 | Expense | | McAlister's Deli | Lunch for Colorado Materials guys | PMC DIP 6796 | Advertising & Marketing | -111.17 | 309,373.24 |
| 04/03/2024 | Expense | | GVEC | GVEC Shop | PMC DIP 6796 | Utilities | -243.38 | 309,129.86 |
| 04/03/2024 | Expense | | AT & T | March bill payment | PMC DIP 6796 | Computer Internet Mobile | -856.42 | 308,273.44 |
| 04/03/2024 | Expense | | Northern Tool | Northern Tool - Burnsville, MN | PMC DIP 6796 | Small tools | -1,127.22 | 307,146.22 |
| 04/03/2024 | Expense | | Sunoco | Sunoco - San Marcos, TX | PMC DIP 6796 | Auto and Truck Expense:Fuel | -56.03 | 307,090.19 |
| 04/04/2024 | Expense | | Los Cucos Mexican Cafe | Los Cucos Mexican Cafe | PMC DIP 6796 | Meals 50% | -85.00 | 307,005.19 |
| 04/04/2024 | Expense | | HP Instant Ink | Subscription - ink and paper | PMC DIP 6796 | Dues & Subscriptions | -81.17 | 306,924.02 |
| 04/04/2024 | Expense | | Rexel USA | Rexel USA, Austin, TX - Electric Supply | PMC DIP 6796 | Small tools | -63.17 | 306,860.85 |
| 04/04/2024 | Expense | | Shell Oil | Shell Oil, San, Marcos,TX | PMC DIP 6796 | Auto and Truck Expense:Auto / Truck Repairs and Maintenance | -7.77 | 306,853.08 |
| 04/04/2024 | Expense | | 7-11 | Fuel for truck - San Marcos, TX | PMC DIP 6796 | Auto and Truck Expense:Fuel | -103.85 | 306,749.23 |
| 04/04/2024 | Expense | | Bill Miller Bar-B-Q Restaurant | | PMC DIP 6796 | Meals 50% | -26.79 | 306,722.44 |
| 04/04/2024 | Expense | | 7-11 | Fuel for 2022 F350 - New Braunfels, TX | PMC DIP 6796 | Auto and Truck Expense:Fuel | -160.59 | 306,561.85 |
| 04/04/2024 | Expense | 222 | USPS | | PMC DIP 6796 | Postage | -10.40 | 306,551.45 |
| 04/04/2024 | Expense | | Northern Tool | Northern Tools - Buda, TX | PMC DIP 6796 | Small tools | -161.24 | 306,390.21 |
| 04/05/2024 | Expense | | USPS | Postage for secured vendor payments | PMC DIP 6796 | Postage | -7.99 | 306,382.22 |
| 04/05/2024 | Expense | | USPS | Postage for secured vendor payments | PMC DIP 6796 | Postage | -55.93 | 306,326.29 |
| 04/05/2024 | Expense | 223 | Ally | Interest - Apr Secured Vendor Payment - Ally 2019 F250 | PMC DIP 6796 | Interest Paid | -170.00 | 306,156.29 |
| 04/05/2024 | Expense | 225 | Texas Partners Bank | April Scheduled Pmt | PMC DIP 6796 | Interest Paid | -2,000.00 | 304,156.29 |
| 04/05/2024 | Expense | 226 | ROMCO Equipment Co. | April Scheduled Pmt | PMC DIP 6796 | Interest Paid | -219.00 | 303,937.29 |
| 04/05/2024 | Expense | 228 | John Deere Finance-333G | April Scheduled Pmt | PMC DIP 6796 | Interest Paid | -490.00 | 303,447.29 |
| 04/05/2024 | Expense | 227 | John Deere Finance-650k | April Scheduled Pmt | PMC DIP 6796 | Interest Paid | -1,250.00 | 302,197.29 |
| 04/05/2024 | Expense | 229 | Caterpillar Financial Direct Lending | April Scheduled Pmt | PMC DIP 6796 | Interest Paid | -204.00 | 301,993.29 |
| 04/05/2024 | Expense | 230 | Subchapter V Trustee | April Scheduled Pmt | PMC DIP 6796 | Interest Paid | -1,500.00 | 300,493.29 |
| 04/05/2024 | Expense | 231 | Aimee Charleston - PR | AMC Payroll - WE 04/04 | PMC DIP 6796 | Payroll Expenses | -826.50 | 299,666.79 |
| 04/05/2024 | Expense | 224 | Ford Credit | Interest - Apr Secured Vendor Payment - 2022 F350 | PMC DIP 6796 | Interest Paid | -1,260.00 | 298,406.79 |
| 04/06/2024 | Expense | | 1916 Bar & Bistro | | PMC DIP 6796 | Meals 50% | -105.00 | 298,301.79 |
| 04/06/2024 | Expense | | Jack in the Box | | PMC DIP 6796 | Meals 50% | -19.32 | 298,282.47 |
| 04/08/2024 | Expense | | EverBank | April secured creditor interest paid for excavator | PMC DIP 6796 | Interest Paid | -1,389.00 | 296,893.47 |
| 04/08/2024 | Expense | DR | Benjamin Lambrecht - PR | BAL Salary - WE 04/04 | PMC DIP 6796 | Payroll Expenses | -1,600.00 | 295,293.47 |
| 04/08/2024 | Expense | | Pic N Pac | Pic N Pac #03, Seguin, TX | PMC DIP 6796 | Auto and Truck Expense:Fuel | -51.45 | 295,242.02 |
| 04/08/2024 | Expense | | USPS | | PMC DIP 6796 | Postage | -19.51 | 295,222.51 |
| 04/08/2024 | Deposit | | USPS | Refund for transaction on 3/.25/2024 | PMC DIP 6796 | Accounts Payable (A/P) | 31.96 | 295,254.47 |
| 04/09/2024 | Expense | | Home Depot | Home Depot - Seguin, TX | PMC DIP 6796 | Small tools | -299.02 | 294,955.45 |
| 04/09/2024 | Expense | | Blakes Cafe | | PMC DIP 6796 | Meals 50% | -80.00 | 294,875.45 |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/10/2024 | Expense | 232 | Aimee Charleston | Reimburse to pay mechanic to change the pulverizer attachment | PMC DIP 6796 | Equipment Expense:Equipment Maintenance and Repair | -800.00 | 294,075.45 |
| 04/10/2024 | Expense | | Apple.com | | PMC DIP 6796 | Computer Internet Mobile | -20.56 | 294,054.89 |
| 04/10/2024 | Expense | | Apple.com | | PMC DIP 6796 | Computer Internet Mobile | -14.06 | 294,040.83 |
| 04/12/2024 | Expense | 233 | Aimee Charleston - PR | AMC Payroll - WE 04/11 | PMC DIP 6796 | Payroll Expenses | -826.50 | 293,214.33 |
| 04/12/2024 | Expense | | Cactus Cleaners | Uniforms clean | PMC DIP 6796 | Uniforms | -31.78 | 293,182.55 |
| 04/12/2024 | Expense | | Dropbox | | PMC DIP 6796 | Dues & Subscriptions | -57.57 | 293,124.98 |
| 04/14/2024 | Expense | | HEB | | PMC DIP 6796 | Office Supplies & Software | -169.30 | 292,955.68 |
| 04/14/2024 | Expense | | Smartsheet | | PMC DIP 6796 | Dues & Subscriptions | -319.80 | 292,635.88 |
| 04/15/2024 | Expense | DR | Benjamin Lambrecht - PR | BAL Payroll - WE 04/11 | PMC DIP 6796 | Payroll Expenses | -1,600.00 | 291,035.88 |
| 04/15/2024 | Expense | | PGA Gate | PGA Gate B, Las Vegas, NV | PMC DIP 6796 | Meals 50% | -70.00 | 290,965.88 |
| 04/15/2024 | Expense | | Pic N Pac | Pic N Pac #07, Seguin, TX | PMC DIP 6796 | Auto and Truck Expense:Fuel | -106.60 | 290,859.28 |
| 04/17/2024 | Expense | | Alpine Crossing | Alpine Crossing | PMC DIP 6796 | Incidentals:Travel & Lodging | -209.40 | 290,649.88 |
| 04/17/2024 | Expense | | Naegeli Deposition & Trial | | PMC DIP 6796 | Legal & Professional Services | -1,734.00 | 288,915.88 |
| 04/18/2024 | Expense | | Harland Clarke | DIP Checks w/ case no. and duplicates | PMC DIP 6796 | Office Supplies & Software | -38.33 | 288,877.55 |
| 04/18/2024 | Expense | | Capers Market | Capers Market | PMC DIP 6796 | Auto and Truck Expense:Fuel | -15.00 | 288,862.55 |
| 04/18/2024 | Expense | | City of San Antonio - Parking | Parking | PMC DIP 6796 | Incidentals:Travel & Lodging | -64.00 | 288,798.55 |
| 04/19/2024 | Expense | 261 | Aimee Charleston - PR | AMC Payroll- WE 04/18 | PMC DIP 6796 | Payroll Expenses | -826.50 | 287,972.05 |
| 04/20/2024 | Expense | | Court Street Coffee | | PMC DIP 6796 | Meals 50% | -43.93 | 287,928.12 |
| 04/20/2024 | Expense | | Intuit | QB Online | PMC DIP 6796 | Dues & Subscriptions | -213.20 | 287,714.92 |
| 04/20/2024 | Expense | | Apple.com | | PMC DIP 6796 | Computer Internet Mobile | -2.15 | 287,712.77 |
| 04/20/2024 | Expense | | Intuit | | PMC DIP 6796 | Dues & Subscriptions | -106.60 | 287,606.17 |
| 04/21/2024 | Expense | | Home Depot | Concrete | PMC DIP 6796 | Materials | -1,112.83 | 286,493.34 |
| 04/21/2024 | Expense | | Qt | | PMC DIP 6796 | Auto and Truck Expense:Fuel | -12.10 | 286,481.24 |
| 04/22/2024 | Expense | | Spectrum | April Internet Office | PMC DIP 6796 | Computer Internet Mobile | -135.45 | 286,345.79 |
| 04/22/2024 | Expense | | Pierce Heavy Equipment, LLC | Replace rods in big dozer | PMC DIP 6796 | Equipment Expense:Equipment Maintenance and Repair | -2,241.00 | 284,104.79 |
| 04/22/2024 | Expense | | 7-11 | | PMC DIP 6796 | Auto and Truck Expense:Fuel | -164.08 | 283,940.71 |
| 04/22/2024 | Expense | 234 | Joe Soteco | | PMC DIP 6796 | Contractors | -250.00 | 283,690.71 |
| 04/22/2024 | Expense | 236 | Wes McElveen. | Contract labor for HEI | PMC DIP 6796 | Contractors | -3,600.00 | 280,090.71 |
| 04/23/2024 | Expense | | Shell Oil | | PMC DIP 6796 | Auto and Truck Expense:Fuel | -125.00 | 279,965.71 |
| 04/23/2024 | Expense | DR | Benjamin Lambrecht - PR | BAL Salary - WE 04/18 | PMC DIP 6796 | Payroll Expenses | -1,600.00 | 278,365.71 |
| 04/23/2024 | Expense | | Shell Oil | | PMC DIP 6796 | Auto and Truck Expense:Fuel | -125.00 | 278,240.71 |
| 04/24/2024 | Expense | | Apple.com | | PMC DIP 6796 | Computer Internet Mobile | -2.99 | 278,237.72 |
| 04/24/2024 | Expense | | Whataburger | | PMC DIP 6796 | Meals 50% | -27.24 | 278,210.48 |
| 04/24/2024 | Expense | | Pic N Pac | | PMC DIP 6796 | Auto and Truck Expense:Fuel | -98.00 | 278,112.48 |
| 04/25/2024 | Expense | | 1Password | | PMC DIP 6796 | -Split- | -21.73 | 278,090.75 |
| 04/26/2024 | Expense | | Pierce Heavy Equipment, LLC | Removal of head on Big Dozer- Cat D6 | PMC DIP 6796 | Equipment Expense:Equipment Maintenance and Repair | -1,320.00 | 276,770.75 |
| 04/26/2024 | Expense | | State Auto | Commercial Auto - April | PMC DIP 6796 | Insurance:Commercial Auto Insurance | -1,084.00 | 275,686.75 |
| 04/26/2024 | Expense | 262 | Aimee Charleston - PR | AMC Payroll - WE 04/25 | PMC DIP 6796 | Payroll Expenses | -826.50 | 274,860.25 |
| 04/27/2024 | Expense | | Refuel | | PMC DIP 6796 | Auto and Truck Expense:Fuel | -24.22 | 274,836.03 |
| 04/27/2024 | Expense | | HEB | | PMC DIP 6796 | Office Supplies & Software | -241.16 | 274,594.87 |
| 04/28/2024 | Expense | 271 | Benjamin Lambrecht - PR | BAL Salary - WE 04/23 | PMC DIP 6796 | Payroll Expenses | -1,600.00 | 272,994.87 |
| 04/29/2024 | Expense | | SWH Insurance Agency LLC | GL policy | PMC DIP 6796 | Insurance:General Liability | -854.74 | 272,140.13 |
| 04/29/2024 | Expense | | Panda Express | | PMC DIP 6796 | Meals 50% | -26.46 | 272,113.67 |
| 04/30/2024 | Expense | | First Citizens Bank | Paper Statement Fee | PMC DIP 6796 | Bank Charges & Fees | -6.50 | 272,107.17 |
| 04/30/2024 | Expense | | Travelers | Apr 2024 premium - inland marine | PMC DIP 6796 | Insurance:Inland Marine | -936.10 | 271,171.07 |
| 04/30/2024 | Expense | | BrightLocal | May subscription to track SEO and GMB rankings and Foreign transaction fee | PMC DIP 6796 | -Split- | -65.24 | 271,105.83 |
| 04/30/2024 | Expense | | Walgreens | | PMC DIP 6796 | Employee Medical Expense | -59.21 | 271,046.62 |
| 04/30/2024 | Expense | | Sesame Care | | PMC DIP 6796 | Employee Medical Expense | -62.00 | 270,984.62 |
| **Total for PMC DIP 6796** | | | | | | | **$ 45,256.65** | **$ -** |
| **TOTAL** | | | | | | | **$ 45,256.65** | |

| EXHIBIT E | Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Accounts Payable (A/P)** | | | | | | | | |
| | 12/19/2023 | Bill | | AFCO | | Accounts Payable (A/P) | Insurance:General Liability | 475.83 |
| | 12/19/2023 | Bill | | Ben Lambrecht. | Paid from First Citizen's personal account ending 8796 (with his debit card ending 5821) | Accounts Payable (A/P) | Auto and Truck Expense:Fuel | 1,544.71 |
| | 12/21/2023 | Bill | 5614550036664408 | CAT Financial CAT Card | BAL | Accounts Payable (A/P) | Finance Charge | 5.00 |
| | 12/27/2023 | Bill | | TxTag | Ask Ben which tolls should be assigned to which project. | Accounts Payable (A/P) | Incidentals:Travel & Lodging | 121.00 |
| **Total for Accounts Payable (A/P)** | | | | | | | | **$ 2,146.54** |
| **Payroll Liabilities** | 03/31/2024 | | | | | | | 7,371.60 |
| **Federal Taxes (941/943/944)** | 3/31/2024 | | | | | | | 7,863.60 |
| **Total Post Petition Payables** | | | | | | | | **$17,381.74** |

Piedra Mala Contracting, LLC

**EXHIBIT F**

## A/R Aging Summary
### As of April 30, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Heldenfels Enterprises** | | | | | | 0.00 |
|   24-100  HEI Lanes 1-4 North | | 125,000.00 | | | | 125,000.00 |
| **Total Heldenfels Enterprises** | $ 0.00 | $ 125,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 125,000.00 |
| **Jimmy Evans Company, Ltd.** | | | | | | 0.00 |
|   23-113 -- Sendero at Trace | | | | | 3,675.60 | 3,675.60 |
|   23-116 --  Oak Creek Apartments | | | | | 16,169.76 | 16,169.76 |
|   23-118 -- 1800 Centerpoint Apts | | | | | 17,563.72 | 17,563.72 |
|   23-125 -- Potranco Commons | | | | | 2,954.01 | 2,954.01 |
| **Total Jimmy Evans Company, Ltd.** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 40,363.09 | $ 40,363.09 |
| **REYTEC Construction Resources, Inc** | | | | | | 0.00 |
|   21-114 -- Villa Hermosa Phase I & II | | | | | 15,725.00 | 15,725.00 |
|   21-114-A Villa Hermosa | | | | | 19,665.07 | 19,665.07 |
| **Total REYTEC Construction Resources, Inc** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 35,390.07 | $ 35,390.07 |
| **RWE Construction Company** | | | | | | 0.00 |
|   20-116 -- Harmony Hill Ranch | | | | | 3,500.00 | 3,500.00 |
| **Total RWE Construction Company** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3,500.00 | $ 3,500.00 |
| **Tim Little Development (C)** | | | | | | 0.00 |
|   20-120 -- Generations 500-600-700-800 | | | | | 92,900.00 | 92,900.00 |
|   20-122 -- Wild Pine Equipment Rental | | | | | 5,000.00 | 5,000.00 |
|   21-110 -- Westwood Loop | | | | | 55,114.00 | 55,114.00 |
| **Total Tim Little Development (C)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 153,014.00 | $ 153,014.00 |
| To be updated | | | -2,111.07 | | | -2,111.07 |
| **TOTAL** | $ 0.00 | $ 125,000.00 | -$ 2,111.07 | $ 0.00 | $ 232,267.16 | $ 355,156.09 |



# FirstCitizensBank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE 686

03612
PIEDRA MALA CONTRACTING LLC
DEBTOR IN POSSESSION
301 N AUSTIN ST STE 402
SEGUIN TX 78155-5506

**Your Account(s) At A Glance**
**Checking**
**Balance**     285,248.70+

Statement Period: April 1, 2024    Thru April 30, 2024        Account Number: ▮▮▮▮6796



## Business Banking I
Account Number: ▮▮▮▮796        Enclosures In Statement: 0

| | | | |
|---|---|---|---|
| **Beginning Balance** | 242,135.30+ | Statement Period Days | 30 |
| 1 Deposits | 125,000.00+ | Average Ledger Balance | 308,176.00+ |
| 2 Other Credits | 31.96+ | | |
| 21 Checks | 48,353.66- | | |
| 75 Other Debits | 33,564.90- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | **285,248.70+** | | |

### Deposits To Your Account
| Date | Amount |
|---|---|
| 04-02 | 125,000.00 |

### Other Credits To Your Account
| Date | Description | Amount |
|---|---|---|
| 04-08 | POS Sig 04/05 Visa #9644 USPS.Com Clicknship 800-3447779 Dc | 15.98 |
| 04-08 | POS Sig 04/05 Visa #9644 USPS.Com Clicknship 800-3447779 Dc | 15.98 |
| | Total | 31.96 |

### Checks Paid From Your Account
| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 126 | 04-01 | 615.00 | 225* | 04-09 | 2,000.00 | 232 | 04-10 | 800.00 |
| 214* | 04-01 | 225.00 | 226 | 04-09 | 219.00 | 233 | 04-12 | 826.50 |
| 216* | 04-08 | 17,103.96 | 227 | 04-11 | 1,250.00 | 234 | 04-26 | 250.00 |
| 217 | 04-01 | 9,022.05 | 228 | 04-11 | 490.00 | 235 | 04-26 | 4,388.25 |
| 221* | 04-02 | 3,200.00 | 229 | 04-12 | 204.00 | 236* | 04-26 | 3,600.00 |
| 222 | 04-10 | 10.40 | 230 | 04-10 | 1,500.00 | 261* | 04-24 | 826.50 |
| 223 | 04-22 | 170.00 | 231 | 04-08 | 826.50 | 262 | 04-26 | 826.50 |

*Prior Check Number(s) Not Included or Out of Sequence.



Direct Customer Inquiry Calls To
Personal 1-888-323-4732
Business 1-866-322-4249

Page 1 of 5

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---:|
| 04-01 | POS Sig 04/01 Visa #9644 Chevron 0384633 San Marcos Tx | 21.60 |
| 04-01 | POS Sig 03/29 Visa #9644 Bill Miller Bar-B-Q - San Marcos Tx | 24.90 |
| 04-01 | POS Sig 03/28 Visa #9644 Bill Miller Bar-B-Q - San Marcos Tx | 25.22 |
| 04-01 | POS Sig 03/29 Visa #9644 Brightlocal Ltd Brighton Gb | 63.96 |
| 04-01 | POS Sig 03/29 Visa #9644 Sq *the Green Gate Gar Seguin Tx | 67.09 |
| 04-01 | FDR Debit Card Visa Debit Foreign Transaction Fee Brightlocal L Gb | 1.28 |
| 04-01 | ACH Batch      04-01 Seq # 13179   Track Id# 73190848 | 10,500.00 |
| 04-01 | Wow Real Estate ACH Debit ******3799 | 900.00 |
| 04-03 | POS Sig 04/01 Visa #9644 Pic N Pac #03 Seguin Tx | 88.50 |
| 04-03 | POS Sig 04/02 Visa #9644 McAlister's #100972 San Marcos Tx | 111.17 |
| 04-03 | POS Sig 04/02 Visa #9644 Gvec 800-223-4832 Tx | 243.38 |
| 04-04 | POS Sig 04/02 Visa #9644 Los Cucos Mexican Cafe 830-3033044 Tx | 85.00 |
| 04-04 | POS Sig 04/03 Visa #9644 Nte 5642 Buda Tx | 161.24 |
| 04-04 | POS Sig 04/03 Visa #9644 Att* Bill Payment 800-331-0500 Tx | 856.42 |
| 04-04 | POS Sig 04/03 Visa #9644 Northern Tool Burnsville Mn | 1,127.22 |
| 04-05 | POS Sig 04/03 Visa #9644 Sunoco 0953706900 San Marcos Tx | 56.03 |
| 04-05 | POS Sig 04/04 Visa #9644 Hp *instant Ink 855-785-2777 Ca | 81.17 |
| 04-05 | POS Sig 04/04 Visa #9644 SE40581 San Marcos Tx | 103.85 |
| 04-08 | POS Sig 04/05 Visa #9644 Shell Oil 12834017001 San Marcos Tx | 7.77 |
| 04-08 | POS Sig 04/05 Visa #9644 USPS.Com Clicknship 800-344-7779 Dc | 7.99 |
| 04-08 | POS Sig 04/06 Visa #9644 Jack In The Box 0861 Seguin Tx | 19.32 |
| 04-08 | POS Sig 04/04 Visa #9644 Bill Miller Bar-B-Q - San Marcos Tx | 26.79 |
| 04-08 | POS Sig 04/05 Visa #9644 USPS.Com Clicknship 800-344-7779 Dc | 55.93 |
| 04-08 | POS Sig 04/04 Visa #9644 Rexel 7172 Austin Tx | 63.17 |
| 04-08 | POS Sig 04/07 Visa #9644 1916 Bar & Bistro At T Seguin Tx | 105.00 |
| 04-08 | POS Sig 04/04 Visa #9644 SE40565 New Braunfels Tx | 160.59 |
| 04-08 | ACH Batch      04-08 Seq # 83317   Track Id# 73459216 | 1,389.00 |
| 04-08 | Transfer   Internet           04-07 Seq # 79498              796 | 1,600.00 |
| 04-09 | POS Sig 04/08 Visa #9644 USPS.Com Clicknship 800-344-7779 Dc | 19.51 |
| 04-09 | POS Sig 04/08 Visa #9644 Pic N Pac #03 Seguin Tx | 51.45 |
| 04-10 | Purchase       Visa #9644       04-10 ATM 001     Seq # 9477 Apple Com         One Apple Park W Aycupertino  Ca | 14.06 |
| 04-10 | POS Sig 04/09 Visa #9644 Blakes Cafe McQueeney Tx | 80.00 |
| 04-11 | POS Sig 04/10 Visa #9644 Apple.Com/Bill 866-712-7753 Ca | 20.56 |
| 04-11 | POS Sig 04/09 Visa #9644 The Home Depot 8437 Seguin Tx | 299.02 |
| 04-15 | POS Sig 04/12 Visa #9644 Cactus Cleaners Seguin Tx | 31.78 |
| 04-15 | POS Sig 04/12 Visa #9644 Dropbox*gqw9Xw9Gqy2W Dropbox.Com Ca | 57.57 |
| 04-15 | POS Sig 04/14 Visa #9644 H-E-B #716 Seguin Tx | 169.30 |
| 04-15 | POS Sig 04/14 Visa #9644 Smartsheet Inc. Smartsheet.Co Wa | 319.80 |
| 04-15 | Transfer   Internet           04-14 Seq # 63238              796 | 1,600.00 |
| 04-17 | POS Sig 04/15 Visa #9644 Pga Gate B Las Las Vegas Nv | 70.00 |
| 04-17 | POS Sig 04/15 Visa #9644 Pic N Pac #07 Seguin Tx | 106.60 |
| 04-17 | POS Sig 04/16 Visa #9644 Naegeli Deposition&tri 503-227-1544 Or | 1,734.00 |
| 04-18 | Harland Clarke Chk Orders **y********2100 | 38.33 |
| 04-19 | POS Sig 04/18 Visa #9644 Cosa - Sat Airport Par 210-2073454 Tx | 64.00 |
| 04-19 | POS Sig 04/17 Visa #9644 Tst* Alpine Crossing Mcminnville Or | 209.40 |
| 04-19 | Intuit * Qbooks Onl ***7955 | 213.20 |
| 04-22 | POS Sig 04/20 Visa #9644 Apple.Com/Bill 866-712-7753 Ca | 2.15 |
| 04-22 | POS Sig 04/18 Visa #9644 Capers Market 971-7127875 Or | 15.00 |
| 04-22 | POS Sig 04/20 Visa #9644 Tst* Court Street Coff Seguin Tx | 43.93 |
| 04-22 | POS Sig 04/20 Visa #9644 Intuit *qbooks Online CI.Intuit.Com Ca | 106.60 |
| 04-22 | Spectrum Spectrum ***6973 | 135.45 |
| 04-23 | POS Sig 04/21 Visa #9644 Qt 4044 Inside Seguin Tx | 12.10 |
| 04-23 | POS Sig 04/21 Visa #9644 The Home Depot #8437 Seguin Tx | 1,112.83 |
| 04-23 | Transfer   Internet           04-23 Seq # 39825             8796 | 1,600.00 |
| 04-24 | POS Sig 04/22 Visa #9644 SE40565 New Braunfels Tx | 164.08 |
| 04-24 | POS Sig 04/23 Visa #9644 In *pierce Heavy Equip 512-8816837 Tx | 2,241.00 |
| 04-25 | POS Sig 04/24 Visa #9644 Apple.Com/Bill 866-712-7753 Ca | 2.99 |
| 04-25 | POS Sig 04/24 Visa #9644 Whataburger 705 Q26 San Marcos Tx | 27.24 |
| 04-25 | POS Sig 04/24 Visa #9644 Pic N Pac #07 Seguin Tx | 98.00 |
| 04-25 | POS Sig 04/23 Visa #9644 Shell Oil 12834017001 San Marcos Tx | 125.00 |
| 04-25 | POS Sig 04/23 Visa #9644 Shell Oil 12834017001 San Marcos Tx | 125.00 |
| 04-26 | POS Sig 04/25 Visa #9644 1Password Toronto CD | 21.30 |
| 04-26 | FDR Debit Card Visa Debit Foreign Transaction Fee 1Password CD | 0.43 |
| 04-26 | State Auto Inbou Payment #*****3279 | 1,084.00 |
| 04-29 | POS Sig 04/27 Visa #9644 Refuel 326 Seguin Tx | 24.22 |
| 04-29 | POS Sig 04/27 Visa #9644 Heb Online #108 855-803-0611 Tx | 241.16 |
| 04-29 | POS Sig 04/27 Visa #9644 In *pierce Heavy Equip 512-8816837 Tx | 1,320.00 |
| 04-29 | Insurance Paymen Ins Pay ****-**1688 | 854.74 |
| 04-30 | POS Sig 04/29 Visa #9644 Panda Express #2795 Cibolo Tx | 26.46 |
| 04-30 | POS Sig 04/29 Visa #9644 Walgreens #9810 Seguin Tx | 59.21 |



Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

03612
PIEDRA MALA CONTRACTING LLC
DEBTOR IN POSSESSION
301 N AUSTIN ST STE 402
SEGUIN TX 78155-5506

Statement Period: April 1 , 2024    Thru April 30, 2024                 Account Number :       6796

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 04-30 | POS Sig 04/29 Visa #9644 Sesame Care - Health Httpssesameca Fl | 62.00 |
| 04-30 | POS Sig 04/29 Visa #9644 Brightlocal Ltd Brighton Gb | 63.96 |
| 04-30 | FDR Debit Card Visa Debit Foreign Transaction Fee Brightlocal L Gb | 1.28 |
| 04-30 | Travelers Bus Insur Bpitbi*****5597 | 936.10 |
| 04-30 | Paper Statement Fee | 6.50 |
|  | Total | 33,564.90 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-01 | 220,669.20+ | 04-10 | 313,526.74+ | 04-22 | 305,349.55+ |
| 04-02 | 342,469.20+ | 04-11 | 311,467.16+ | 04-23 | 302,624.62+ |
| 04-03 | 342,026.15+ | 04-12 | 310,436.66+ | 04-24 | 299,393.04+ |
| 04-04 | 339,796.27+ | 04-15 | 308,258.21+ | 04-25 | 299,014.81+ |
| 04-05 | 339,555.22+ | 04-17 | 306,347.61+ | 04-26 | 288,844.33+ |
| 04-08 | 318,221.16+ | 04-18 | 306,309.28+ | 04-29 | 286,404.21+ |
| 04-09 | 315,931.20+ | 04-19 | 305,822.68+ | 04-30 | 285,248.70+ |

An updated Treasury Management Services Master Service Agreement (MSA) is now available for review. The new language can be found in section IV, Treasury Management Services, sub-sections: 1.4, ACH Services (Data Exchange Service), Definitions and 1.19, ACH Services (Data Exchange Service), Requirements as to Nested Third-Party Senders. To view the agreement, visit www.FirstCitizens.com/tms-msa.pdf. Special provisions apply for government entities. Contact your Relationship Manager to request a copy of the agreement.



Statement Period: April 1 , 2024    Thru April 30, 2024                                      Account Number :  ███████6796

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | −$ |
| 5 | =$ |

**A**. Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| Total Amount | |

**B**. Outstanding Checks/Debits

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**How to Compute Interest Charges on Your Line of Credit**.     We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions).  To get the "average daily balance," we first determine the daily balance of your Account each day.  We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account.  These calculations give us the daily balance.  Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "average daily balance."  Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account.  The daily periodic rate is determined by dividing the Annual Percentage Rate by the number of days in the year.  That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge.  Automatic payment debits are posted to your account after your "average daily balance" is calculated.  Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate**.       Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only)**.       If you think there is an error on your statement, write to us at the address shown on page one of your statement.  In your letter, give us the following information: (1) *Account information:* Your name and account number.  (2) *Dollar amount:*  The dollar amount of the suspected error.  (3) *Description of Problem:*  If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.  You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors *in writing*.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount;  (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount;  (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only)**.      This section applies if you access your line of credit using a credit card.  If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.  To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.  (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)  (2) You must have used your credit card for the purchase.  Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.  (3) You must not yet have fully paid for the purchase.  If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732.  If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase.  While we investigate, the same rules apply to the disputed amount as discussed above.  After we finish our investigation, we will tell you our decision.  At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only)**.      If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732.  You will not be liable for any unauthorized use that occurs after you notify us.  You may, however, be liable for unauthorized use that occurs before your notice to us.  In any case, your liability will not exceed $50.

**Credit History Errors**.       If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments**.       To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday).  If paying at a branch or by mail, then payments must include the payment coupon.  In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank.  Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits**.       If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

Page 4 of 5



03612

| | |
|---|---|
| **Statement Period: April 1 , 2024    Thru April 30, 2024** | **Account Number :** ▮▮▮▮6796 |

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).** If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**          When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**          The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.